IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DIAMOND STATE INSURANCE CO.                                PLAINTIFF

v.

LOYD WOODRUFF                         DEFENDANT/THIRD-PARTY PLAINTIFF

v.                              Case No. 4:15-cv-4085

HOWARD COUNTY INSURANCE
AGENCY, INC. d/b/a/
HCI AGENCY, INC.           THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF

v.

COUNTRY LIVING INSURANCE, INC.              FOURTH-PARTY DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. ECF Nos. 58 and 59. The parties' motion provides that all matters in controversy between the parties have been resolved. The parties request that the Court stay all deadlines in this matter until September 14, 2017, so that they may finalize the settlement and file a stipulation of dismissal with prejudice.

Upon consideration, the Court finds that the parties' motion should be and hereby is **GRANTED**. All deadlines in this case are **STAYED** until **September 14, 2017**.

**IT IS SO ORDERED**, this 15th day of August, 2017.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge