IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DIAMOND STATE INSURANCE CO.                                              PLAINTIFF

v.

LOYD WOODRUFF                               DEFENDANT/THIRD-PARTY PLAINTIFF

v.                                         Case No. 4:15-cv-4085

HOWARD COUNTY INSURANCE
AGENCY, INC. d/b/a/
HCI AGENCY, INC.          THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF

v.

COUNTRY LIVING INSURANCE, INC.                        FOURTH-PARTY DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (ECF No. 61). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this lawsuit with prejudice as to all claims between them. Accordingly, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 11th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge